1  Michael G. Nardi, Esq. (SBN 126902)
   nardi@scmv.com
2  Jacob T. Spaid, Esq. (SBN 298832)
   spaid@scmv.com
3  SELTZER CAPLAN MCMAHON VITEK
   A Law Corporation
4  750 B Street, Suite 2100
   San Diego, California  92101-8177
5  Telephone: (619) 685-3003
   Facsimile: (619) 685-3100
6
   Attorneys for Defendant, FEDERAL INSURANCE
7  COMPANY

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10 **(SACRAMENTO DIVISION)**

| | |
|---|---|
| THE RANCHO TEHAMA ASSOCIATION, a California nonprofit mutual benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Defendant. | Case No. 2:15-CV-00291-JAM-CMK<br><br>**STIPULATION AND JOINT REQUEST TO FACILITATE SETTLEMENT BY EXTENDING TIME FOR FEDERAL INSURANCE COMPANY TO RESPOND TO COMPLAINT; ORDER**<br><br>Complaint Filed:   February 4, 2015<br>Trial Date:             August 1, 2016 |

/ / /

/ / /

/ / /

**STIPULATION AND JOINT APPLICATION**

Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), defendant Federal Insurance Company's response to the complaint in the above-captioned action is due on June 12, 2015, unless the Court sets a different deadline. The parties have reached a settlement of this action and, to facilitate documenting and finalizing the settlement, hereby apply jointly to the Court to approve a 30-day extension (to July 13, 2015) of Federal's deadline to file a responsive pleading. Subject to the terms of the settlement (which are confidential), this action will be dismissed with prejudice.

**IT IS SO STIPULATED.**

Dated: June 8, 2015                    SELTZER CAPLAN MCMAHON VITEK
                                       A Law Corporation


                                       By:  /s/ Michael G. Nardi, Esq.
                                            Michael G. Nardi, Esq.
                                       Attorneys for Defendant, FEDERAL INSURANCE COMPANY


Dated: June 8, 2015                    MORALES FIERRO & REEVES


                                       By:  /s/ Elizabeth Celniker
                                            (as authorized on June 8, 2015)
                                            Ramiro Morales, Esq.
                                            Elizabeth Celniker, Esq.
                                       Attorneys for Plaintiff, THE RANCHO TEHAMA ASSOCIATION

**ORDER**

IT IS SO ORDERED.


Dated: 6/8/2015                        /s/ John A. Mendez
                                       United States District Court Judge