Michael G. Nardi, Esq. (SBN 126902)
nardi@scmv.com
Jacob T. Spaid, Esq. (SBN 298832)
spaid@scmv.com
SELTZER CAPLAN MCMAHON VITEK
A Law Corporation
750 B Street, Suite 2100
San Diego, California  92101-8177
Telephone: (619) 685-3003
Facsimile: (619) 685-3100

Attorneys for Defendant, FEDERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# (SACRAMENTO DIVISION)

| | |
|---|---|
| THE RANCHO TEHAMA ASSOCIATION, a California nonprofit mutual benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Defendant. | Case No. 2:15-CV-00291-JAM-CMK<br><br>**STIPULATION AND JOINT REQUEST TO FACILITATE SETTLEMENT BY FURTHER EXTENDING TIME FOR FEDERAL INSURANCE COMPANY TO RESPOND TO COMPLAINT;  ORDER**<br><br>Complaint Filed:   February 4, 2015<br>Trial Date:             August 1, 2016 |

/ / /

/ / /

/ / /

## STIPULATION AND JOINT APPLICATION

On June 8, 2015, the Court approved the parties' stipulation and joint application to extend by 30 days (to July 13, 2015) the time for defendant Federal Insurance Company ("Federal") to respond to the complaint herein on the grounds that the parties had reached a settlement of this action and needed time to document and finalize the settlement.  The parties have now documented their settlement, having signed a Confidential Settlement and Release Agreement, effective June 29, 2015.  Some additional time is needed to perform the settlement, pursuant to its terms, which will result in this action being dismissed with prejudice.  Accordingly, the parties hereby apply jointly to the Court to further extend, by an additional 30 days, to August 12, 2015, Federal's deadline to file a responsive pleading.  The parties anticipate that a stipulation of dismissal with prejudice will have been filed on or before such date.

**IT IS SO STIPULATED.**

Dated: July 9, 2015                    SELTZER CAPLAN MCMAHON VITEK
                                       A Law Corporation


                                       By:    /s/ Michael G. Nardi, Esq.
                                              Michael G. Nardi, Esq.
                                       Attorneys for Defendant, FEDERAL INSURANCE COMPANY


Dated: July 9, 2015                    MORALES FIERRO & REEVES


                                       By:    /s/ Elizabeth Celniker
                                              (as authorized on July 9, 2015)
                                              Ramiro Morales, Esq.
                                              Elizabeth Celniker, Esq.
                                       Attorneys for Plaintiff, THE RANCHO TEHAMA ASSOCIATION

## ORDER

IT IS SO ORDERED

Dated: 7/10/2015                       /s/ John A. Mendez
                                       United States District Court Judge